The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.

 

Russ Kendig
United States Bankruptcy Judge

BK1004481
(aah)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

IN RE:
Matthew Edwards Reynolds

    Debtor

Case No. 10-60887
Chapter 7
Judge Kendig

**AGREED ORDER ON MOTION FOR U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT (PROPERTY ADDRESS: 127 3RD STREET NORTHWEST, STRASBURG, OH 44680)**

This matter is before the Court upon the Motion for Relief from Stay Abandonment filed herein by the secured creditor, U.S. Bank, N.A., as to the real estate located at 127 3rd Street, Northwest, Strasburg, Ohio 44680.

The court finds that Movant has alleged good cause exists for sustaining the Motion: Debtor, his counsel and any other necessary party were served with notice of the Motion; Debtor and all other served partied except for the Trustee have failed to file a response or otherwise appear in opposition to the Motion,

but the Trustee hereby consents to the conditions set forth herein.

IT IS ORDERED THAT Movant shall not proceed with its state pending foreclosure litigation action until 90 days from the entry of this Agreed Order, to allow the Chapter 7 Trustee an opportunity to sell the subject real estate. Failing that, the relief from Stay is granted without further order from this court. Any such sale of said property by the Chapter 7 Trustee shall be for an amount sufficient to payoff Movant's account in full.

If the subject property is not to be sold for an amount sufficient to payoff Movant's account in full on or before 90 days from the entry of this Agreed Order, then the subject property shall be deemed as abandoned by the Trustee effective 90 days from entry of This Agreed Order. Should the Trustee propose a sale, notice thereof shall be served upon Creditor's counsel, with an appropriate opportunity afforded for response.

/s/ Erin A Jochim
Erin A. Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bankruptcy Case Number 0077062
Attorneys for Movant
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
ekybk@lsrlaw.com


/s/ Anthony J. DeGirolamo
Anthony J Degirolamo, Trustee
Anthony J. DeGirolamo, Attorney at Law
Bankruptcy Case Number 0059265
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702
(330) 588-9700
(330) 588-9713 fax

COPIES TO:

Tuscarawas County, Trustee
125 East High Avenue
New Philadelphia, OH 44663

Anthony J. DeGirolamo, Trustee
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702

Matthew Edwards Reynolds
803 North Wooster Avenue
Strasburg, OH 44680

Erin A. Jochim, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Nicole L. Rohr, Esq.
Thrush & Rohr LLC
4410 22nd Street NW
Canton, OH 44708