Northern District Of Ohio
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702
**Case No. 10−60887−rk**

**In re:**
Matthew Edward Reynolds
803 North Wooster Avenue
Strasburg, OH 44680

**Social Security No.:**
xxx−xx−8827

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Anthony J. DeGirolamo, Trustee − Canton is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** November 10, 2010 /s/ Russ Kendig
Form ohnb136 United States Bankruptcy Judge